UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

BUILDING TRADES UNITED PENSION TRUST FUND
and SCOTT J. REDMAN (in his capacity as Trustee),

INDUSTRY ADVANCEMENT/ CONTRACT
ADMINISTRATION FUND,

WISCONSIN LABORERS HEALTH FUND, WISCONSIN
LABORERS PENSION FUND, WISCONSIN LABORERS
APPRENTICESHIP AND TRAINING FUND, BUILDING &
PUBLIC WORKS LABORERS VACATION FUND, and
JOHN J. SCHMITT (in his capacity as Trustee)

WISCONSIN LABORERS DISTRICT COUNCIL,

WISCONSIN LABORERS-EMPLOYERS COOPERATION
AND EDUCATION TRUST FUND, WISCONSIN LABORERS
LABOR MANAGEMENT COOPERATION TRUST FUND,
and WISCONSIN LABORERS INDUSTRY ADVANCEMENT
PROGRAM FUND,

WISCONSIN MASONS PENSION FUND, WISCONSIN
MASONS HEALTH CARE FUND, WISCONSIN MASONS
VACATION FUND, WISCONSIN MASONS 401k FUND,
WISCONSIN MASONS APPRENTICESHIP AND TRAINING
FUND, WISCONSIN MASONS IPF FUND, and
JEFFREY LECKWEE (in his capacity as Trustee),

BRICKLAYERS AND TROWEL TRADES INTERNATIONAL
PENSION FUND, INTERNATIONAL MASONRY INSTITUTE,

BRICKLAYERS AND ALLIED CRAFTWORKERS DISTRICT
COUNCIL OF WISCONSIN,

INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED
CRAFTWORKERS,

                Plaintiffs,

v.                                                    Case No. 14-cv-13

BALLOU MASONRY, INC. and WILLIAM A. BALLOU,

                Defendants.

---

ENTRY OF DEFAULT
AS TO DEFENDANT WILLIAM A. BALLOU

The Clerk of Court for the United States District Court for the Western District of Wisconsin, having noted that the Defendant in the above-captioned matter, William A. Ballou, has failed to plead or otherwise defend as provided under the Fed. R. Civ. P. and that fact has been made to appear by the Affidavit of the attorney for the Plaintiffs;

The Clerk hereby enters the default of Defendant William A. Ballou pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 26th day of march, 2014.

*Peter Oppeneer*
Clerk of Court